UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEJANDRITO ABAD,<br><br>                Plaintiff(s),<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>                Defendant(s). | Case No. 2:13-cv-01366-RFB-NJK<br><br>ORDER RE: DISCOVERY PLAN |

On July 16, 2014, Defendant Bank of America filed a motion to dismiss. Docket No. 21. On July 17, 2014, Defendant Ocwen Loan Servicing, LLC filed a joinder to that motion. Docket No. 24. On July 24, 2014, Plaintiff filed a motion for voluntary dismissal of his claim against Bank of America. Docket No. 26. On September 2, 2014, Plaintiff filed a response to Ocwen Loan Servicing's joinder, arguing that it was not timely filed. Docket No. 30.

In light of the above, the Court hereby ORDERS that the deadline to file a proposed discovery plan outlined in Local Rule 26-1(d) is hereby VACATED. Instead, the parties shall file a proposed discovery plan only in the event that United States District Judge Richard F. Boulware, II denies the motion to dismiss and/or joinder, or otherwise orders that any claim in this case may proceed. If such an order issues from Judge Boulware, the parties shall file a proposed discovery plan within 14 days thereof.

      IT IS SO ORDERED.

      DATED: September 5, 2014

                                                _____
                                                NANCY J. KOPPE
                                                United States Magistrate Judge